```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

A.S., et al.,

                                        **Plaintiffs,**                  23-CV-09761 (DEH)(SN)

            -against-                                             **ORDER**

NEW YORK CITY DEPARTMENT
OF EDUCATION,

                                        **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Plaintiffs filed their complaint on November 3, 2023, and should have effectuated service on Defendant by February 1, 2024. Fed. R. Civ. P. 4(m). Plaintiffs, however, did not request for a summons to be issued until January 31, 2024. ECF No. 4. Despite Plaintiffs' delay, the Court GRANTS Plaintiffs an additional 30 days to serve Defendant. Accordingly, Plaintiffs shall effectuate service by March 4, 2024.

**SO ORDERED.**

                                                                    */s/ Sarah Netburn*
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:       February 5, 2024
                  New York, New York